# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CHRISTIAN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-1424** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 19th day of October, 2020, upon consideration of Plaintiff Julio Christian's Motion to Proceed *In Forma Pauperis* (ECF No. 7), his Complaint (ECF No. 1), his Motion for Judgement (ECF No. 5), his Amended Complaint (ECF No. 9), his Motions for Leave to File Amended Complaint (ECF Nos. 10 & 12), his Notices to the Court (ECF Nos. 11 & 23), his General Response (ECF No. 14), his Notices/Proposals of Settlement (ECF Nos. 16, 17, & 19), his Motion for Order for Judgement in Equity (ECF No. 15), his Affidavit in Support of Claim Upon Conclusive Evidence (ECF No. 18), and his Judgement by the Court or Other (ECF No. 22), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, Christian must remit $400 to the Clerk of Court within thirty (30) days of the date of this Order.  If Christian fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

3. Christian's Motion for Judgement (ECF No. 5), his Motions for Leave to File Amended Complaint (ECF Nos. 10 & 12), and his Motion for Order for Judgement in Equity (ECF No. 15) are **DENIED WITHOUT PREJUDICE** to reassertion only in the event Christian pays the fees in accordance with this Order.

4. To the extent that Christian's Notices to the Court (ECF Nos. 11 & 23), General Response (ECF No. 14), Notices/Proposals of Settlement (ECF Nos. 16, 17, & 19), Affidavit in Support of Claim Upon Conclusive Evidence (ECF No. 18), or Judgement by the Court or Other (ECF No. 22) seek any relief from the Court, these filings are also **DENIED WITHOUT PREJUDICE** to reassertion only in the event Christian pays the fees in accordance with this Order.

**BY THE COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**